# United States Bankruptcy Court
# District of New Hampshire

**In re: Burns, Laurie Ann**

                                    Case No.: 12-10243-JMD
                                    Chapter 7

## NOTICE OF APPEARANCE

I, the undersigned Attorney, John F. Skinner, III hereby enter my Appearance as counsel

for the above referenced Debtor, Laurie Ann Burns.


 /s/ John F. Skinner, III /s/
Atty. John F. Skinner, III
NH BAR ID: 19886
Skinner Law, PLLC
530 Chestnut Street, Third Floor
Manchester, NH 03101
Phone: 603.391.5668
Fax:888-912-1497
AttorneySkinner@gmail.com