# United States Bankruptcy Court
## District of New Hampshire

**In re: Burns, Laurie Ann**　　　　　　　　　　Case No.: 12-10243-JMD
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

### NOTICE OF AMENDMENT PURSUANT TO LBR 1009-1

*(1)* **A caption including the case name, case number, judge's initials and chapter.**

See above.

*(2)* **The schedule, statement or other document being amended.**

Statement of Financial Affairs.

*(3)* **The purpose of the amendment.**

To Add $1,350 in Payments to the Debtor's Landlord within 90 days of filing petition at $450/month for rent.

To Add $1,184 in Payments to the Secured Creditor Northeast Credit Union on the automobile surrendered in this Bankruptcy proceeding within 90 days of filing petition.

*(4)* **The date of the amendment.**

March 23, 2012

*(5)-(7) = NA.*

*(8)* **Declaration Regarding Electronic Filing for Petitions to be mailed.**

*I hereby certify* that pursuant to the operation of the cm/ecf system, notice has been given as required by Bankruptcy Rule 1009 and paragraph *(c)* of this rule.

| | |
|---|---|
| /s/ John F. Skinner, III /s/ | /s/ Laurie Ann Burns |
| Atty. John F. Skinner, III | Signature of Debtor, |
| NH BAR ID: 19886 / BNH07176 | Laurie Ann Burns |
| Skinner Law, PLLC | |
| 530 Chestnut Street, Third Floor | Dated: 03/26/12 |
| Manchester, NH 03101 | |
| Phone: 603.391.5668 | |
| Fax:888-912-1497 | |
| AttorneySkinner@gmail.com | |